UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BUILDING INDUSTRY ASSOCIATION
OF THE BAY AREA, et al.,

    Plaintiff(s),

    v.

UNITED STATES DEPARTMENT
OF COMMERCE, et al.,

    Defendant(s).
_____/

No. C 11-4118 PJH

**JUDGMENT**

    This action came on for hearing before the court, and the issues having been duly heard and the court having granted, on September 12, 2012, the motions for summary judgment filed by defendants Department of Commerce, National Oceanic and Atmospheric Administration, U.S. National Marine Fisheries Service, John Bryson, and Eric C. Schwaab, and by defendant-intervenor Center for Biological Diversity, and having denied the motion for summary judgment filed by plaintiffs Building Industry Association of the Bay Area and Bay Planning Coalition,

    it is Ordered and Adjudged

    that judgment is entered in favor of defendants and defendant-intervenor, and against plaintiffs, on the claims asserted against them.

    **IT IS SO ORDERED**.

Dated: November 30, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge